# EXHIBIT A

NPFC Note Investment Schedule Sorted

**NPFC NOTE INVESTMENT / TRANSACTION LIST**

| Investment Date | Counter Party or NFG Subsidiary | Location | Investment Amount | NFG / NPRE Relationship |
|---|---|---|---|---|
| 15/12/2021 | City & Commercial Insurance Group - London, UK | London | $5,000,000.00 | MGA / Insurance Counter Party |
| 15/12/2021 | NPSLA2018-02 (GPIL) - Bermuda | Bermuda | $15,000,000.00 | Captive Insurance Counterparty |
| 15/12/2021 | American Millenium Insurance Co. (New Jersey) | New Jersey, USA | $10,000,000.00 | Insurance Carrier |
| 15/12/2021 | Citadel Reinsurance Company Ltd. (Bermuda) | Bermuda | $25,000,000.00 | Reinsurance Carrier |
| 15/12/2021 | Spectrum Risk Management (Duba) | Dubai UAE | $5,000,000.00 | MGA Counterparty |
| 15/12/2021 | Newpoint Reinsurance Company (Nevis) | St. Kitts & Nevis | $100,000,000.00 | NFG Subsidiary |
| 15/12/2021 | Newpoint Reinsurance Company (Nevis) | St. Kitts & Nevis | $50,000,000.00 | NFG Subsidiary |
| 17/12/2021 | Speciality Management Limited Ltd, (Specialty MGA) | London | $10,000,000.00 | MGA Counterparty |
| 24/01/2022 | Osso Energy Plc | London | $5,000,000.00 | NFG Subsidiary |
| 24/01/2022 | Newpoint Funding Ltd | London | $5,000,000.00 | NFG Subsidiary |
| 11/03/2022 | Get Cover Limited | London | $5,000,000.00 | NFG Subsidiary |
| 27/05/2022 | Langpan Mining Co (Pty) Ltd | Johannesburg | $5,000,000.00 | Counter Party |
| 15/06/2022 | NPRE FBO Starstone | Global | $10,000,000.00 | NPRE Reinsurance Counterparty |
| 02/07/2022 | Timber Creek Insurance | USA | $5,000,000.00 | NPRE Reinsurance Carrier |
| 15/09/2022 | Perfuturo Insurance Co. | Guam | $15,000,000.00 | Insurance Carrier |
| 30/09/2022 | Perfuturo Insurance Co. | Guam | $10,000,000.00 | Insurance Carrier |
| 05/10/2022 | Newpoint Insurance Brokers Ltd (QRG Specialty) | London | $10,000,000.00 | NFG Subsidiary |
| 01/12/2022 | Novea, Inc | USA | $50,000,000.00 | Counter Party |
| 24/02/2023 | Trailblazers Risk Retention Group | USA | $10,000,000.00 | NPRE Reinsurance Counterparty |
| 21/03/2023 | Newpoint Reinsurance Company | St. Kitts & Nevis | $250,000,000.00 | NFG Subsidiary |
| 21/03/2023 | Newpoint Reinsurance Company | St. Kitts & Nevis | $166,344,254.21 | NFG Subsidiary |
| 24/03/2023 | NPRE FBO Mid-Hudson Co-Operative Insurance Co. | New York | $25,000,000.00 | NPRE Reinsurance Counterparty |
| 24/03/2023 | NPRE FBO Mid-Hudson Co-Operative Insurance Co. | New York | $15,000,000.00 | NPRE Reinsurance Counterparty |
| 29/03/2023 | NPRE FBO Trailblazers RRG | USA | $15,000,000.00 | NPRE Reinsurance Counterparty |
| 29/03/2023 | NPRE FBO Trailblazers RRG | USA | $10,000,000.00 | NPRE Reinsurance Counterparty |
| 30/03/2023 | NPRE FBO Trisura Insurance Company Trust Account | Canada / USA | $5,000,000.00 | NPRE Reinsurance Counterparty |
| 30/03/2023 | NPRE FBO Trisura Specialty Insurance Trust Account | Canada / USA | $15,000,000.00 | NPRE Reinsurance Counterparty |
| 12/04/2023 | NPRE FBO Heartlands Sub Account | USA | $10,000,000.00 | NPRE Reinsurance Counterparty |
| 19/04/2023 | Newpoint Reinsurance Co. Capital Account | St. Kitts & Nevis | $85,000,000.00 | NFG Subsidiary |
| 09/05/2023 | Specialty Risk Partners (USA) Inc. | USA | $60,000,000.00 | NFG Subsidiary |
| 11/07/2023 | NPRE FBO Suttons National Trust Account | Florida | $5,000,000.00 | NPRE Reinsurance Counterparty |
| 11/07/2023 | NPRE FBO Suttons Specialty Trust Account | Florida | $15,000,000.00 | NPRE Reinsurance Counterparty |
| 27/09/2023 | Specialty Risk Partners (USA) Inc. | USA | $40,000,000.00 | NFG Subsidiary |
| 14/11/2023 | NPRE FBO Trisura Insurance Company | Canada / USA | $15,000,000.00 | NPRE Reinsurance Counterparty |
| 14/11/2023 | NPRE FBO Trisura Insurance Company Trust Account | Canada / USA | $15,000,000.00 | NPRE Reinsurance Counterparty |
| 22/11/2023 | NFG Partners SA | Geneva | $10,000,000.00 | NFG Subsidiary |
| 04/12/2023 | Newpoint Lux SV S.a.r.l | Luxemboug | $5,000,000.00 | NFG Subsidiary |
| 25/04/2025 | NPRE FBO Trisura Insurance Company Trust Account | Canada / USA | $15,000,000.00 | NPRE Reinsurance Counterparty |
| 25/04/2025 | NPRE FBO Trisura Specialty Insurance Trust Account | Canada / USA | $15,000,000.00 | NPRE Reinsurance Counterparty |
| | **Total NPFC Note Investments** | | **$1,141,344,254.21** | |

## NPFC Note Investment Summary by Counterparty / NFG Subsidiary

| Counter Party or NFG Subsidiary | Total Investment Amount | Number of Investments | % of Total Investments |
|---|---|---|---|
| American Millenium Insurance Co. | $0.00 | 0 | 0.00% |
| Citadel Re (Bermuda) | $0.00 | 0 | 0.00% |
| City & Commercial Co. | $0.00 | 0 | 0.00% |
| Get Cover Limited | $5,000,000.00 | 1 | 0.44% |
| Langpan Mining Co (Pty) Ltd | $5,000,000.00 | 1 | 0.44% |
| Newpoint Funding Ltd | $5,000,000.00 | 1 | 0.44% |
| Newpoint Insurance Brokers Ltd (QRG Specialty) | $10,000,000.00 | 1 | 0.88% |
| Newpoint Lux SV S.a.r.l | $5,000,000.00 | 1 | 0.44% |
| Newpoint Reinsurance Company | $416,344,254.21 | 2 | 36.48% |
| NFG Partners SA - Geneva | $0.00 | 0 | 0.00% |
| Novea, Inc | $50,000,000.00 | 1 | 4.38% |
| NPRE Capital Account | $0.00 | 0 | 0.00% |
| NPRE FBO Heartlands Sub Account | $10,000,000.00 | 1 | 0.88% |
| NPRE FBO Mid-Hudson Trust Account | $0.00 | 0 | 0.00% |
| NPRE FBO Starstone | $10,000,000.00 | 1 | 0.88% |
| NPRE FBO Suttons National Trust Account | $5,000,000.00 | 1 | 0.44% |
| NPRE FBO Suttons Specialty Trust Account | $15,000,000.00 | 1 | 1.31% |
| NPRE FBO Trailblazers Trust Account | $0.00 | 0 | 0.00% |
| NPRE FBO Trisura Insurance Company | $15,000,000.00 | 1 | 1.31% |
| NPRE FBO Trisura Insurance Company Trust Account | $35,000,000.00 | 3 | 3.07% |
| NPRE FBO Trisura Specialty Insurance Trust Account | $30,000,000.00 | 2 | 2.63% |
| NPRE FBO Trisura Trust Account | $0.00 | 0 | 0.00% |
| NPSLA2018-02 (GPIL) | $0.00 | 0 | 0.00% |
| Osso Energy Plc | $0.00 | 0 | 0.00% |
| Perfuturo Insurance Co. (Guam) | $0.00 | 0 | 0.00% |
| Speciality Management Limited (Specialty MGA) | $0.00 | 0 | 0.00% |
| Specialty Risk Partners (USA) Inc. | $100,000,000.00 | 2 | 8.76% |
| Spectrum Risk Management | $0.00 | 0 | 0.00% |
| Timber Creek Insurance | $5,000,000.00 | 1 | 0.44% |
| Trailblazers | $0.00 | 0 | 0.00% |
| **Total NPFC Note Investments** | **$721,344,254.21** | **21** | **63.20%** |