# EXHIBIT E

First Amendment to Second Purchase Agreement v3 Final – Fully Signed

**FIRST AMENDMENT TO**
**SECOND CONVERTIBLE REDEEMABLE**
**PREFERRED STOCK PURCHASE AGREMENT**
**Between**
**NPFC SPV 1 INC F/K/A NEWPOINT FINANCIAL CORP**
**and**
**NMS SPECIAL OPPORTUNITY FUND, LP**

**THIS FIRST AMENDMENT TO SECOND CONVERTIBLE REDEEMABLE PEREFERRED STOCK PURCHASE AGREEMENT** (this "**First Amendment**") is dated as of December 7, 2022, by and between NMS Special Opportunity Fund, LP ("**NMS**") and NPFC SPV 1, INC., formerly known as Newpoint Financial Corp and its registered assigns ("**NPFC**").

**WHEREAS,** NMS and NPFC executed and delivered a Second Convertible Redeemable Preferred Stock Purchase Agreement dated as of December, 28, 2021, amending and restating that certain agreement of the same name dated July 19, 2021 (the "**Purchase Agreement**");

**WHEREAS,** NMS and NPFC are parties to the Purchase Agreement, a certain Amended and Restated Zero Coupon Collateralized Secured Senior Note, and a Collateral Pledge and Security Agreement, each dated on or about July 21, 2021 (the "**Transaction Documents**");

**WHEREAS,** NMS and NPFC desire to amend the Purchase Agreement as set forth herein.

**NOW, THEREFORE,** for other good and valuable consideration, the parties hereto hereby agree as follows:

1. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Purchase Agreement and/or the Transaction documents.

2. From and after the date hereof, the Stated Value shall be $1,000,000,000.00 for all of the Shares.

3. From and after the date hereof, the Series E Preferred Stock and all references to the term "Shares" shall mean ten thousand (10,000) shares of NPFC's Series E Convertible Redeemable Preferred Stock, with a value of One Hundred Thousand US Dollars (USD $100,000) per share, which is part of a sale of Series E Preferred stock with an aggregate value of One Billion US Dollars (US $1,000,000,000.00).

4. From and after the date hereof, Section 3.1(f) shall be amended to add the following statement at the end of the paragraph: "With respect to any issuances that occur by Company or its related parties in respect of any transaction dependent on the matters set forth in this Agreement, all such transactions shall require prior written consent of both Purchaser and Company to execute."

5. Section 3.1(k)(i) shall be deleted in its entirety and replaced with the below:

   (i) "Total payment of USD $100,000 per annum as annual fixed dividend, due and payable until December 31, 2022 with the final payment due no later than January 31, 2023."

6. Section 3.1(k)(ii) shall be deleted in its entirety and replaced with the below:

   (ii) "Commencing January 1, 2023, the Series E Preferred Stock shall pay a dividend fee equal to six (6) basis points of the total Stated Value per annum ("Preferred Share Dividend"), paid monthly in arrears due and payable on the last day of each calendar month with the first payment due January 31, 2023. Such payments shall continue until the earlier of the Series E Preferred Stock expiry or redemption. The Preferred Share Dividend shall be offset and recouped against the Profit Participation Dividend due from the Series E Preferred Stock as described in Section 3.1(k)(iii) below in each calendar year."

7. Section 3.1(k)(iii) shall be deleted in its entirety and replaced with the below:

   (iii) "The Series E Preferred Stock shall also pay a profit participation dividend ("Profit Participation Dividend") equal to five percent (5%) of all income earned and received by Purchaser or its parent company or affiliates from its use of the Notes including but not limited to coupon or interest payments, equity payments, warrants or any other fees earned by Purchaser, the parent company or its affiliates and subsidiaries. In scenarios where the Notes are being used with internal or external counter parties, (such as but not limited to, insurance companies or parent company subsidiaries or affiliates), the Series E Preferred Stock shall also pay Purchaser five percent (5%) of the net profits earned, where "net profits" is defined as gross premium income less claim reserves, commissions, IBNR, and other standard overhead costs attributed to the respective subsidiary or affiliate. The Profit Participation Dividend shall be calculated and paid on a quarterly basis in arrears as of January 1, 2022 and due and payable on the last day of the immediately following month of each calendar quarter, i.e. January 31, April 30, July 31, and October 31."

8. All references to the Series E Preferred Stock contain in the Note shall be deemed to refer to the Series E Preferred Stock as amended by this First Amendment.

9. The Consideration for the Purchase Price of the Shares shall be perfected Senior Secured Notes totaling a minimum of $1,000,000 and shall be reflected by an updated UCC-1 filing that references NMS UCC-1 in which its interest over the Collateral was perfected.

10. Except as specifically modified and amended herein, all other terms, conditions and covenants contained in the Note shall remain in full force and effect.

11. All references in the Transaction Documents to the "Consideration" and the "Series E Preferred Stock" shall mean the consideration and Series E Preferred Stock as hereby amended.

12. This First Amendment may be executed in any number of counterparts with the same effect as if all parties had signed the same document. All such counterparts shall be construed together and shall constitute one instrument, but in making proof hereof it shall only be necessary to produce one such counterpart.

13. This agreement shall be binding on and inure to the benefit of the parties and their respective successors and assigns.

14. This Agreement shall be governed by New York law, without regard to conflicts of law principles.

[Signature Page on Next Page]

IN WITNESS WHEREOF, the parties hereto have caused this First Amendment to be duly executed by their duly authorized representatives, all as of the day and year first written above.

Company:

NPFC SPV 1 Inc. f/k/a Newpoint Financial Corp.

By: [signature]
Name: KEITH DAVID BERKMEYER
Title: CEO.

Purchaser:
NMS Special Opportunity Fund, LP

By: NMS Capital Management GP, LLC as general partner of NMS Special Opportunity Fund, LP

By: [signature]
Name: Trevor M. Saliba
Title: Managing Director