# EXHIBIT F

NPFC Balance Sheet as of 9.30.21

# Newpoint Financial Corporation

## Balance Sheet and Footnotes

## (Unaudited)

## As of September 30, 2021

Contents

Comparative reports:

Balance sheet 2 - 3

Footnotes 4 - 9

# Newpoint Financial Corporation
## Balance Sheet (in USD)
## As of 9/30/2021

| | |
|---|---|
| Assets | |
| Current Assets | |
| Cash | |
| 10000-100 - Cash Checking - US - USD - Charter Oak | 12,872.69 |
| 10001-100 - Savings - NPFC- USD - Charter Oak | 5,007.43 |
| 10200-100 - Credit Linked Notes - Newpoint Financial Corp | (100,000,000.00) |
| 10201-100 - Doha Bank | 2,000,000,000.00 |
| Total Cash | 1,900,017,880.12 |
| Cash equivalents | |
| 10300-100 - Wells Fargo - Cash Equivalents | 0.00 |
| Total Cash equivalents | 0.00 |
| Investments/equity | |
| 14000 - IG Index Account | 0.00 |
| Total Investments/equity | 0.00 |
| Intercompany Receivable | |
| 19990-101 - Intercompany Receivable - Due from Newpoint Capital Limited | (1,697,360.00) |
| Total Intercompany Receivable | (1,697,360.00) |
| Total Current Assets | 1,898,320,520.12 |
| Investments | |
| Investment in Subsidiary | |
| 17000 - Investment in subsidiary | 7,462,401.00 |
| Total Investment in Subsidiary | 7,462,401.00 |
| Total Investments | 7,462,401.00 |
| Other Assets | |
| Notes receivable | |
| 18500 - Notes receivable | 299,000,000.00 |
| Total Notes receivable | 299,000,000.00 |
| Total Other Assets | 299,000,000.00 |
| Total Assets | $ 2,204,782,921.12 |

| | |
|---|---|
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 - Accounts Payable | 2,348.06 |
| 20075 - Misc Payables | 0.00 |
| Total Accounts Payable | 2,348.06 |
| Intercompany Payable | |
| 29990-101 - Intercompany Payable - Due to Newpoint Capital Limited | 1,263,261.04 |
| Total Intercompany Payable | 1,263,261.04 |
| Debt Discount | |
| 25900 - Debt discount | (983,333.00) |
| Total Debt Discount | (983,333.00) |
| Total Current Liabilities | 282,276.10 |
| Total Liabilities | 282,276.10 |
| Stockholders Equity | |
| Shareholder note receivable | |
| 30300 - Shareholder note receivable | (1,500,000.00) |
| Total Shareholder note receivable | (1,500,000.00) |
| Preferred Stock | |
| 30101 - Convertible redeemable preference shares Series A | 0.00 |
| 30102 - Convertible redeemable preference shares Series B | 2,000,000,000.00 |
| 30102 - Convertible redeemable preference shares NMS Special Opportunity Fund | 200,000,000.00 |
| Total Preferred Stock | 2,200,000,000.00 |
| Common Stock | |
| 30200 - Common stock, .03 par value; 50,000,000 shares authorized | 1,500,000.00 |
| 30201 - Common stock $1 par value 500,000,000 shares authorized | 7,462,401.00 |
| Total Common Stock | 8,962,401.00 |
| Retained Earnings | |
| 31000 - Retained Earnings | (2,872,666.91) |
| Total Retained Earnings | (2,872,666.91) |
| Net Income (Loss) | (89,089.07) |
| Total Stockholders Equity | 2,204,500,645.02 |
| Total Liabilities and Equity | $ 2,204,782,921.12 |

Newpoint Financial Corporation
Notes to Balance Sheet
September 30, 2021

1. NATURE OF OPERATIONS

Newpoint Financial Corporation ("Newpoint Financial") is a financial holding company that was formed on October 31, 2018 as a Wyoming corporation.

2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Basis of accounting and financial statement presentation

The Company's consolidated financial statement has been prepared in accordance with accounting principles generally accepted in the United States of America ("US GAAP").

Use of estimates

The preparation of the consolidated financial statement in conformity with GAAP requires management to make estimates and judgements that affect the reported amounts of assets, liabilities, stockholders' equity, and disclosure of contingent assets and liabilities at the date of the consolidated financial statement. Accordingly, actual results could differ from those estimates.

Business Combinations

We account for acquisitions of entities that include inputs and processes and have the ability to create outputs as business combinations. We allocate the purchase price of the acquisition to the tangible assets acquired, liabilities assumed, and identifiable intangible assets acquired based on their estimated fair values. The excess of the purchase price over those fair values is recorded as goodwill. Acquisition-related expenses and restructuring costs are expensed as incurred. During the measurement period, we record adjustments to provisional amounts recorded for assets acquired and liabilities assumed with the corresponding offset to goodwill. After the measurement period, which could be up to one year after the transaction date, subsequent adjustments are recorded to the Company's consolidated statements of operations.

Cash and equivalents

The Company considers all highly liquid investments with original maturities of three months or less at the date of purchase to be cash equivalents. The Company places its cash with high credit quality financial institutions. At times, these deposits may be in excess of federally insured limits.

The Company considers investments with original maturities greater than three months that are readily convertible into cash at the Company's discretion within a period of three months or less to be cash equivalents.

Investment transactions

Securities transactions are recorded as of the trade date for financial reporting purposes in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 946, *Financial Services – Investment Companies* ("ASC 946"). Realized gains and losses from securities sold and movements in unrealized gains and losses are recorded on the identified cost basis.

Newpoint Financial Corporation
Notes to Balance Sheet
September 30, 2021

Concentration of credit risk

Financial instruments, which potentially subject the Company to concentrations of credit risk, consist primarily of cash and cash equivalents, accounts receivable and other investments. Cash and cash equivalents consist principally of financial deposits.

Fair value measurements

The Company follows FASB ASC Topic 820, Fair Value Measurement and Disclosures ("ASC 820"), for fair value measurements of financial assets and financial liabilities and for fair value measurements of nonfinancial items that are recognized or disclosed at fair value in the financial statement on a recurring basis. ASC 820 establishes a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted

prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to measurements involving significant unobservable inputs (Level 3 measurements). The three levels of the fair value hierarchy are as follows.

- Level 1 – Inputs are quoted prices (unadjusted) in active markets for identical assets or liabilities that the Company has the ability to access at the measurement date.

- Level 2 – Inputs other than quotes prices included within Level 1 that are observable for the assets or liabilities, either directly or indirectly, such as quoted prices for similar assets or liabilities;

- quoted prices in markets that are not active; or other inputs that are observable market data for substantially the full term of the assets or liabilities.

- Level 3 – Unobservable inputs that are supported by little or no market activity and that are significant to the fair value of the assets or liabilities.

The Company's significant financial assets and liabilities include cash, cash equivalents, investments in notes receivable, investment in note receivable – related party, investment in convertible redeemable preference shares – related party, receivables from related party, accrued expenses, credit linked notes – related party, convertible notes payable, note payable with stockholder, and redeemable preference shares. Cash, cash equivalents, and accrued expenses arise in the normal course of business and approximate fair value because of the shot-term nature and expected realization of such accounts. The carrying values of convertible notes payable, and redeemable preference shares approximate fair value, as the interest rate on the notes is variable or approximates interest rates on borrowing currently available to the Company. Investments in notes receivable, investment in note receivable – related party, investment in convertible redeemable preference shares – related party, receivables from related party, credit linked notes – related party, and note payable with stockholder are recorded at their carrying values. The Company reviews its investments record at carrying value for impairment whenever events or changes in circumstances indicate that the carrying amount of an investment may not be recoverable. In performing a review for impairment, the Company compares that carrying value of the investment with the estimated fair value or expected amount to be recovered or collected and records its investment at the lesser value. There was no impairment of investments recorded at carrying value as of September 30, 2021.

Newpoint Financial Corporation
Notes to Balance Sheet
September 30, 2021

Property and equipment

Property and equipment are recorded at cost. Equipment is depreciated over the asset's estimated useful life, generally three to seven years, using the straight-line method. Leasehold improvements are amortized over the estimated useful life of the asset or term of the related lease, whichever is shorter, using the straight-line method. Other property and equipment is depreciated over the estimated useful lives of three to five years using the straight-line method. The costs of repairs and maintenance are expenses as incurred while expenditures for refurbishments and improvements that extend the useful life of the asset are capitalized. Accumulated depreciation and amortization at September 30, 2021 was $0.

Use of Estimates

The preparation of the consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ materially from those estimates.

Leases

The Company determines if an arrangement is a lease at inception. The Company's lease agreements generally contain lease and non-lease components. Payments under the Company's lease arrangements are primarily fixed. Non-lease components primarily include payments for maintenance and utilities. The Company accounts for fixed payments and non-lease components separately.

Income taxes

The Company accounts for income taxes under the asset and liability method. Under this method, deferred tax assets are recognized for the future tax consequences attributable to any differences between the book values of existing assets and their respective tax bases, and deferred tax liabilities are recognized for the future tax consequences attributable to any differences between their book values and operating loss and tax credit carryforwards. The Company measures deferred tax assets and liabilities using the statutory tax rates expected to apply and taxable income in the years in which those temporary differences are expected to be recovered or settled. The Company recognizes in income the effect of a change in tax rates on deferred tax assets and liabilities in the period that includes the date on which the change is enacted into law. The Company records any interest arising from unrecognized tax benefits and penalties as a tax expense.

The Company follows the applicable guidance related to accounting for uncertainty in income tax positions. That guidance provides that a tax position taken or expected to be taken in a tax return is to be recognized in the financial statements when it is more likely than not. Based on the technical merits, that the position will be sustained upon examination. The amount recognized is subject to estimation and management's judgement with respect to the likely outcome of each uncertain tax position. Thus, the amount recognized could differ from the amount that is ultimately sustained for an individual uncertain tax position or for all uncertain tax positions in the aggregate. At September 30, 2021, the Company did not identify any uncertain tax positions for which a liability was recorded.

Newpoint Financial Corporation
Notes to Balance Sheet
September 30, 2021

The Company has net operating loss carryovers of approximately $1,700,000 as of September 30, 2021.The Company files income tax returns in the U.S., and Wyoming and is subject to tax examinations by respective tax authorities for three years, and three years respectively, from the date of its last tax filing.

***Recent Accounting Pronouncements***

In May 2014, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") No. 2014-09, Revenue from Contracts with Customers (Topic 606) ("ASU 2014-09") and has since issued several additional amendments thereto, collectively referred to herein as ASC 606. ASC 606 outlines a single comprehensive model for entities to use in accounting for revenue arising from contracts with customers and supersedes most current revenue recognition guidance, including industry specific guidance. The new standards require entities to apportion consideration from contracts to performance obligations on a relative standalone selling price basis, based on a five-step model. Under ASC 606, revenue is recognized when a customer obtains control of a promised good or service and is recognized in an amount that reflects the consideration that the entity expects to receive in exchange for the good or service. In addition, ASC 606 provides guidance on accounting for certain revenue related costs, including costs associated with obtaining and fulfilling a contract. ASC 606 may be applied using either a full retrospective approach, under which all years included in the financial statements will be presented under the revised guidance, or a modified retrospective approach, under which financial statements will be prepared under the revised guidance for the year of adoption, but not for prior years. Under the latter method, entities will recognize a cumulative catch-up adjustment to the opening balance of retained earnings at the effective date for contracts that still require performance by the entity at the date of adoption. For public entities, the guidance was effective for annual periods beginning after December 15, 2017, including interim periods within those fiscal years. We are currently evaluating the impact the adoption of ASU 2014-09 will have on our consolidated financial statements.

In August 2018, the FASB issued ASU 2018-15, "Intangibles—Goodwill and Other—Internal-Use Software (Subtopic 350-40): Customer's Accounting for Implementation Costs Incurred in a Cloud Computing Arrangement That Is a Service Contract." ASU 2018-15 aligns the requirements for capitalizing implementation costs incurred in a hosting arrangement that is a service contract with the requirements for capitalizing implementation costs incurred to develop or obtain internal-use software (and hosting arrangements that include an internal use software license). The accounting for the service element of a hosting arrangement that is a service contract is not affected by these amendments. ASU 2018-15 is effective for us in the first quarter of fiscal 2020, and earlier adoption is permitted. We are currently evaluating the impact the adoption of ASU 2018-15 will have on our consolidated financial statements.

In August 2018, the FASB issued ASU 2018-13, "Fair Value Measurement (Topic 820): Disclosure Framework—Changes to the Disclosure Requirements for Fair Value Measurement." ASU 2018-13 modifies the disclosure requirements on fair value measurements. ASU 2018-13 is effective for us in the first quarter of fiscal 2020, and earlier adoption is permitted. We are currently evaluating what impact the adoption of ASU 2018-13 will have on our consolidated financial statements.

In June 2018, the FASB issued ASU 2018-07, "Compensation – Stock Compensation (Topic 718): Improvements to Nonemployee Share-Based Payment Accounting." ASU 2018-07 expands the scope of Topic 718 to include all share-based payment transactions for acquiring goods and services from nonemployees. ASU 2018-07 is effective for us in the first quarter of fiscal 2020. Early adoption is permitted. We are currently evaluating what impact the adoption of this update will have on our consolidated financial statements.

Newpoint Financial Corporation
Notes to Balance Sheet
September 30, 2021

In February 2018, the FASB issued ASU 2018-02, “Income Statement – Reporting Comprehensive Income (Topic 220): Reclassification of Certain Tax Effects from Accumulated Other Comprehensive Income.” On December 22, 2017, the U.S. federal government enacted a tax bill, H.R.1, An Act to Provide for Reconciliation Pursuant to Titles II and V of the Concurrent Resolution on the Budget for Fiscal Year 2018 (“Tax Cuts and Jobs Act”), which requires deferred tax liabilities and assets to be adjusted for the effect of a change in tax laws. ASU 2018-02 allows a reclassification from accumulated other comprehensive income to retained earnings for stranded tax effects resulting from the Tax Reform Act. ASU 2018-02 is effective for us in the first quarter of fiscal 2020. Early adoption is permitted. We are currently evaluating what impact the adoption of this update will have on our consolidated financial statements

In March 2017, the FASB issued ASU No. 2017-08, Receivables—Nonrefundable Fees and Other Costs (Subtopic 310-20): Premium Amortization on Purchased Callable Debt Securities which requires companies to amend the amortization period for premiums on debt securities with explicit call features to be the earliest call date rather than through the contractual life of the debt instrument. This amendment aims to more closely align the recognition of interest income with the manner in which market participants price such instruments. ASU 2017-08 is effective for us in the first quarter of fiscal 2020, and earlier adoption is permitted. We are currently evaluating the impact the adoption of ASU 2017-08 will have on our consolidated financial statements.

In June 2016, the FASB issued ASU No. 2016-13, Financial Instruments—Credit Losses (Topic 326), which introduces a new methodology for accounting for credit losses on financial instruments, including available-for-sale debt securities. The guidance establishes a new “expected loss model” that requires entities to estimate current expected credit losses on financial instruments by using all practical and relevant information. Any expected credit losses are to be reflected as allowances rather than reductions in the amortized cost of available-for-sale debt securities. ASU 2016-13 is effective for us in the first quarter of fiscal 2020, and earlier adoption is permitted. We are currently evaluating the impact the adoption of ASU 2016-13 will have on our consolidated financial statements.

In February 2016, the FASB issued ASU 2016-02, “Leases (Topic 842),” which supersedes ASC 840, “Leases (Topic 840).” Subsequently, the FASB issued additional updates which clarify this guidance including ASU 2018-01, “Leases (Topic 842: Land Easement Practical Expedient for Transitioning to Topic 842,” in January 2018, which allows an entity to elect an optional transition practical expedient to not evaluate land easements that exist or expired before the entity’s adoption of Topic 842, and ASU 2018-11, “Leases – Targeted Improvements (Topic 842),”which provides for an additional transition method that allows companies to apply the new lease standard at the adoption date, eliminating the requirement to apply the standard to the earliest period presented in the consolidated financial statements. ASU 2016-02 requires a lessee to recognize a right-of-use asset and a lease liability for operating leases with terms over twelve months, initially measured at the present value of the lease payments, in its balance sheet. The standard also requires a lessee to recognize a single lease cost, calculated so that the cost of the lease is allocated over the lease term, on a generally straight-line basis. It also requires lessees to classify leases as either finance or operating leases based on the principle of whether or not the lease is effectively a financed purchase of the leased asset by the lessee. This classification will determine whether the lease expense is recognized based on an effective interest method or on a straight-line basis over the term of the lease. ASU 2016-02, ASU 2018-01 and ASU 2018-11 are effective for us beginning in the first quarter of fiscal 2020. We have begun evaluating and planning for adoption and implementation, including gathering, documenting and analyzing lease agreements subject to the new guidance. We plan to adopt the new leasing standard using a modified retrospective transition approach to be applied to leases existing as of, or entered into after, January 31, 2019. We will apply the “package of practical expedients”, which permits us to not reassess under the new

Newpoint Financial Corporation
Notes to Balance Sheet
September 30, 2021

standards for prior conclusions about lease identification, lease classification and initial direct costs. We do not expect the adoption of the standard to have a material impact on our results of operations or cash flows.

3. STOCKHOLDERS' EQUITY

As of December 31, 2019, the Company has 500,000,000 shares of common stock authorized for issuance, with 150,000,000 issued and outstanding.

During 2019, the Company sold 50,000,000 shares of common stock to members of management in exchange for three notes receivable totalling $1,500,000. The notes bear no interest and do not have a maturity date and have been recorded within equity on the statement of assets and liabilities as of December 31, 2019.

During July 2020, the Company issued 2,000 shares of Series B convertible redeemable preferred stock ("Series B Stock"). The purchaser has issued Senior Secured Notes for an aggregate amount of $2 billion dollars. The entire amount of funds that support this transaction have been deposited into a financial institution which has a rating of AA- / stable. USD 1 Billion can be accessed immediately with four drawdowns of additional funds in 3 monthly intervals of $250,000,000.

During November 2021, the Company issued 2,000 shares of NMS Special Opportunity Fund convertible redeemable preferred stock ("NMS"). The purchaser has issued Senior Secured Notes for an aggregate amount of $200 million dollars. The entire amount of funds that support this transaction have been deposited into a financial institution which has a rating of AA.

4. SUBSEQUENT EVENTS

The Company has evaluated subsequent events through September 30, 2021, the date the balance sheet was available to be issued, and other than the matter described below, noted no items requiring adjustments to the consolidated financial statement or additional disclosures.

On March 11, 2020, the World Health Organization declared the novel strain of coronavirus ("COVID19") a global pandemic and recommended containment and mitigation measures worldwide. The COVID19 outbreak in the United States has caused business disruption through mandated and voluntary closings of businesses and shelter in placed orders. In response, the U.S. Government enacted the Coronavirus Aid, Relief, and Economic Security ("CARES") Act, which includes significant provisions to provide relief and assistance to affected organizations. While the business disruption is currently expected to be temporary, there is considerable uncertainty around the duration of the closings and shelter in places order and the ultimate impact of the CARES Act and other governmental initiatives. This pandemic has caused significant volatility in the markets, which may continue for an extended period of time. The ultimate financial impact and duration cannot be reasonably estimated at this time.