USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _11/10/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NMS SPECIAL OPPORTUNITY FUND, LP, a Delaware limited partnership,

Plaintiff,

-against-

NPFC SPV 1, Inc., NFG SA, Newpoint Reinsurance Company Limited, Keith Beekmeyer, and Andrew Bye,

Defendants.

26 Civ. 7648 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties have advised that they consent to conducting all further proceedings before a magistrate judge. *See* ECF No. 23 ¶ 1. Accordingly, by **November 17, 2026**, the parties shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. *See* ECF No. 9.

SO ORDERED.

Dated: November 10, 2026
New York, New York

ANALISA TORRES
United States District Judge